Larry G. Ivanjack SBN 66291            **JS-6**
PARKER, MILLIKEN, CLARK, O'HARA &
SAMUELIAN
A Professional Corporation
555 S. Flower St., 30th Floor
Los Angeles, California 90071-2440
Telephone: (213) 683-6500
Facsimile: (213) 683-6669
livanjack@pmcos.com

Attorneys for Plaintiff
U.S. BANK NATIONAL ASSOCIATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION,<br><br>    Plaintiff,<br><br>  v.<br><br>THE VESSEL, "DEWEY BELIEVE"; MICHAEL W. DEWEY, an individual,<br><br>    Defendant. | Case No. CV07-4084 VBF (Ex)<br><br>**JUDGMENT**<br><br>**[FRCP 55(b)]** |

Plaintiff's ex parte application for entry of default judgment against Defendants The Vessel "Dewey Believe" and Michael W. Dewey, an individual, came on before the Honorable Valerie Baker Fairbank presiding in Courtroom 9. Upon consideration of Plaintiff's ex parte application, Memorandum of Points and Authorities, Declarations of Ruth Ann Russell and Larry G. Ivanjack, and all other papers and pleadings on file herein and,

It appearing that Defendants The Vessel, "Dewey Believe" and Michael W. Dewey having been regularly served with process, having failed to appear and answer the Plaintiff's Complaint filed herein, and the default of said Defendants

1 having been duly entered and evidence having been introduced and considered by
2 the Court, and good cause appearing,

3     IT IS ORDERED, ADJUDGED AND DECREED that U.S. Bank National
4 Association will have judgment against Defendants The Vessel "Dewey Believe"
5 and Michael W. Dewey, an individual, and each of them, for foreclosure of
6 Plaintiff's First Preferred Ship Mortgage;

7     It IS FURTHER ORDERED, ADJUDGED AND DECREED that U.S. Bank
8 National will have judgment against Defendants The Vessel "Dewey Believe" and
9 Michael W. Dewey, an individual, for the principal sum of $657,106.57 together
10 with interest thereon in the sum of $78,075.52, plus attorney's fees of $18,303.64
11 and costs in the sum of $8681.35 for a total judgment amount of $762,167.08;

12     IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff
13 shall proceed to foreclosure sale on its First Preferred Ship Mortgage as set forth in
14 the Order for Sale entered in this action, and the proceeds of the sale will be applied
15 as follows:

16     1. First, to pay any and all expenses incurred by the United States Marshal in
17     the execution of this case;
18     2.  Second, to pay off the amount of Plaintiff U.S. Bank National
19     Association's judgment in the total sum of $762,167.08; and
20     3. Any remaining proceeds will be paid to Defendants.

22 DATED:  April 15, 2008     *Valerie Baker Fairbank*
23     VALERIE BAKER FAIRBANK
    UNITED STATES DISTRICT JUDGE